*Friday, March 18, 1994*

## MOTION DOCKET

93–689.   Christian Benevolent Assn. of Greater Cincinnati, Inc. v. Limbach.   Board of Tax Appeals, No. 89–H–850.   This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for postponement of oral argument currently scheduled for March 22, 1994,

IT IS ORDERED by the court that the motion for postponement of oral argument be, and the same is hereby, denied.

93–696.   Brentwood Life Care Ctr. v. Limbach.   Board of Tax Appeals, No. 90–G–29.   This cause is pending before the court as an appeal from the Board of Tax Appeals.   Upon consideration of appellant's motion for postponement of oral argument currently scheduled for March 22, 1994,

IT IS ORDERED by the court that the motion for postponement of oral argument be, and the same is hereby, denied.

93–883.   State ex rel. Farmer v. Potter.   Pursuant to this court's order of February 24, 1994, Wilfred L. Potter, Attorney Registration No. 0029121, was indefinitely suspended from the practice of law until he fully complied with the peremptory writ of mandamus issued by this court on September 15, 1993 and the order issued by this court on February 2, 1994.   Upon consideration of respondent's motion for order purging respondent of contempt, application for reinstatement, and requests for expedited hearing,

IT IS ORDERED by the court, effective March 16, 1994, that the motion for an order purging respondent of contempt be, and the same is hereby, granted, and the court finds that respondent has purged himself of contempt.

IT IS FURTHER ORDERED by the court that respondent, Wilfred L. Potter, be, and hereby is, reinstated to the practice of law in the state of Ohio.

## MISCELLANEOUS DISMISSALS

93–656.   State ex rel. Ohio Water Dev. Auth. v. Campbell.   In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus.   Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 17, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

94–473.   Peake v. Dieter.   *Trumbull County*, No. 93–T–4942.   This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Trumbull County to certify its record.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 16, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, March 24, 1994*

## MOTION DOCKET

93–2348.   Cincinnati Bengals, Inc. v. Papania.   *Hamilton County*, No. C–920272.   On motion for stay.   Motion granted.

94–324.   State v. Rapp.   *Ross County*, No. 1912.   On motion for stay.   Motion denied.